763 A.2d 819

**Alfred Henry STACH, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 5, 2001.

### ORDER

PER CURIAM:

AND NOW, this 5th day of January 2001, the petition for allowance of appeal is GRANTED, the order of the commonwealth court is REVERSED, and the case is REMANDED for proceedings consistent with *Commonwealth of Pennsylvania, Department of Transportation v. McCafferty, et al.,* 563 Pa. 146, 758 A.2d 1155 (2000).